UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re : | |
| BRIDGEPORT JAI ALAI, INC. : | |
|     d/b/a SHORELINE STAR : | |
|     GREYHOUND PARK & : | Civ. No. 3:03cv176 (PCD) |
|     ENTERTAINMENT : | |
|     COMPLEX : | |
|         Debtor : | |

**ORDER OF JUDGMENT**

On June 18, 2003, this Court affirmed in part and reversed in part the decision of the United States Bankruptcy Court and remanded the case for further proceedings. [Doc. No. 13.] On April 21, 2004, the United States Court of Appeals for the Second Circuit affirmed in part the Court's decision. [Doc. No. 19.] More specifically, the Second Circuit affirmed the judgment of this Court to the extent that it reversed the bankruptcy court's finding that Plaintiff-Appellant Paul Weintraub is owed increased compensation under Paragraph 3 of the Contract and retirement and continued medical benefits under Paragraph 14 of the Contract. The Second Circuit otherwise declined to address further this Court's judgment.

Bridgeport Jai Alai, Inc. and A. Robert Zeff now move [Doc. No. 20] for an Order of Judgment in accordance with the decision of the Second Circuit. Pursuant to the Second Circuit's mandate, it is therefore ORDERED and ADJUDGED that this Court's decision is affirmed in part and denied in part and remanded for further proceedings consistent with this Court's June 18, 2003 decision.

    SO ORDERED.

    Dated at New Haven, Connecticut, January __9__, 2006.

/s/
Peter C. Dorsey
United States District Judge
